United States Bankruptcy Court for the:

Northern District of Florida

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | Full-Circle Athlete LLC |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | D1 Training Tallahassee |
| **3. Debtor's federal Employer Identification Number** (EIN) | 86-1258098 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1706 Capital Circle NE | |
| Number        Street | Number        Street |
| Suite # 8 | |
| | P.O. Box |
| Tallahassee          FL      32308 | |
| City                State      ZIP Code | City                State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Leon County | |
| County | Number        Street |
| | City                State      ZIP Code |

| | |
|---|---|
| **5. Debtor's website** (URL) | https://www.d1training.com/tallahassee/ |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | Full-Circle Athlete LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

713940

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 2

| Debtor | Full-Circle Athlete LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                          State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Full-Circle Athlete LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/05/2023
           MM  / DD / YYYY

✘ /s/ John Simmons
Signature of authorized representative of debtor

John Simmons
Printed name

Title Manager

---

**18. Signature of attorney**

✘ /s/ Michael Moody
Signature of attorney for debtor

Date  07/05/2023
     MM  / DD / YYYY

Michael Moody
Printed name

Michael H. Moody Law, P.A.
Firm name

1350 Market Street, Suite 224
Number        Street

Tallahassee
City

FL
State

32312
ZIP Code

8507396970
Contact phone

michael.moody@michaelhmoodylaw.com
Email address

66471
Bar number

FL
State

---

**Fill in this information to identify the case:**

Debtor name ___Full-Circle Athlete LLC___

United States Bankruptcy Court for the: ___Northern District of Florida___

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................
   $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ..................................................................
   $ _100,241.89_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................
   $ _100,241.89_

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................
   $ _____0.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ..........................................
   $ _____936.45_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................
   +$ _1,151,413.02_

4. **Total liabilities** ......................................................................................................................
   Lines 2 + 3a + 3b
   $ _1,152,349.47_

**Fill in this information to identify the case:**

Debtor name ___Full-Circle Athlete LLC_____

United States Bankruptcy Court for the: __Northern District of Florida___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Celtic Bank 268 S. State St. #300 Salt Lake City, UT, 84111 | | Monies Loaned / Advanced | Disputed | | | 822,500.00 |
| 2 | Prime Meridian Bank 1471 Timberlane Road Tallahassee, FL, 32312 | | Monies Loaned / Advanced | Unliquidated | | | 74,991.00 |
| 3 | Advance Service Group LLC 10 West 37th Street Suite 6E New York, NY, 10018 | | Monies Loaned / Advanced | Disputed Unliquidated | | | 58,000.00 |
| 4 | Quick Bridge Funding c/o National Funding 9530 Towne Centre Dr Ste 120 San Diego, CA, 92121 | Angela Lawrence 8887332383 alawrence@nationalfunding.com | Monies Loaned / Advanced | Disputed Unliquidated | | | 57,831.29 |
| 5 | Rapid Finance 4500 East West Highway 6th Floor Bethesda, MD, 20814 | Adam Brown 2407625528 | Monies Loaned / Advanced | Disputed Unliquidated | | | 32,000.00 |
| 6 | ODK Capital LLC ATTNL Dir of Ops 4700 W. Daybreak Pkwy Ste 200 South Jordan, UT, 84009 | | Monies Loaned / Advanced | Disputed Unliquidated | | | 29,437.73 |
| 7 | Cloudfund LLC 400 Rella Blvd. Suite 165-101 Suffern, NY, 10901 | Steve Saffer 646-774-3393 steve@peak-funding.com | Monies Loaned / Advanced | Disputed Unliquidated | | | 26,488.00 |
| 8 | Kash Advance LLC 111 Great Neck Road Suite 300 Great Neck, NY, 11021 | | Monies Loaned / Advanced | Disputed Unliquidated | | | 22,500.00 |

Debtor    Full-Circle Athlete LLC

Name

Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Kayzer Inc.<br>P.O. Box 843038<br>Kansas City, MO, 64184 | | Former Landlord - Back Rent | | | | 10,000.00 |
| 10 | Learfield Communications, LLC<br>P7051 Duck Cove Road<br>Tallahassee, FL, 32312 | Zeki<br>850-459-1208 | | | | | 9,665.00 |
| 11 | MasterCard<br>P.O. Box 71205<br>Charlotte, NC, 28272 | | Credit Card Debt | | | | 8,000.00 |
| 12 | Florida Department of Revenue<br>2639 N. Monroe St<br>Suite 100B<br>Tallahassee, FL, 32303 | | Taxes & Other Government Units | Unliquidated | | | 936.45 |
| 13 | John Louis Simmons<br>4559 Hegewood Dr<br>Miccosukee Cpo, FL, 32309 | | Monies Loaned / Advanced | | | | 0.00 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

**Fill in this information to identify the case:**

Debtor name   Full-Circle Athlete LLC

United States Bankruptcy Court for the:  Northern District of Florida

Case number (If known):  _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
| 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $_____
   4.2. _____    $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____    $_____
   7.2. _____    $_____

Debtor    Full-Circle Athlete LLC
_____    Case number *(if known)*_____
Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➔    $_____
                            face amount          doubtful or uncollectible accounts

11b. Over 90 days old:      _____ – _____ = ........➔    $_____
                            face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                      % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

| Debtor | Full-Circle Athlete LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

---

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Full-Circle Athlete LLC
_____
Name

Case number *(if known)*_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Full-Circle Athlete LLC
          _____    Case number (*if known*)_____
          Name

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See continuation sheet

| | | | |
|---|---|---|---|
| | $ 100,241.89 | _____ | $ 100,241.89 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 100,241.89

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   Full-Circle Athlete LLC
_____   Case number (*if known*)_____
         Name

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  1706 Capital Circle N.E., Ste. # 8<br>Tallahassee, Florida 32308 | Leasee | $_____ | _____ | Unknown<br>$_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

| Debtor | Full-Circle Athlete LLC | Case number (if known) |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____     _____   _____   = ➜   $_____
                                 Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____   $_____
_____     Tax year _____   $_____
_____     Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                          $_____

Nature of claim          _____

Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                          $_____

Nature of claim          _____

Amount requested       $_____

76. **Trusts, equitable or future interests in property**

_____                          $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                          $_____
_____                          $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Debtor | Full-Circle Athlete LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 100,241.89 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..............................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 100,241.89 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................. 100,241.89 | | $ 100,241.89 |

| Debtor 1 | Full-Circle Athlete LLC | | | Case number *(if known)*_____ |
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Sorinex Ductile KB – 32kg | 207.50 | 2 @ $103.75 | 207.50 |
| Sorinex Urethane Change Plate 5 lbs | 336.00 | 12 @ $28.00 | 336.00 |
| Sorinex Urethane Change Plate 2.5 lbs | 168.00 | 12 @ $14.00 | 168.00 |
| Sorinex Recon Adjustable Bench | 3,594.00 | 6 @ $599.00 | 3,594.00 |
| Sorinex Delta Sled | 1,500.00 | 6 @ $250.00 | 1,500.00 |
| Black Dacron Rope – 1.5" x 50' | 774.00 | 6 @ $129.00 | 774.00 |
| 24" Spotter Bars | 1,710.00 | 6 Pairs @ 285.00 | 1,710.00 |
| J Cups for Base Camp Series Racks | 1,182.00 | 6 @ 197.00 | 1,182.00 |
| Assault AirRunner Treadmills | 18,594.00 | 6 @ 3,099.00 | 18,594.00 |
| Floating Uprights | 1,500.00 | 6 Pairs @ 250.00 | 1,500.00 |
| Assault AirBike Elite | 5,994.00 | 6 @ 999.00 | 5,994.00 |
| Assault AirRower Elite | 7,194.00 | 6 @ 1199.00 | 7,194.00 |
| Iron Bear Kettlebell Tier 35" | 700.00 | 4 @ 175.00 | 700.00 |
| Spud Inc Track Harness – Large | 138.00 | 2 @ $69.00 | 138.00 |
| Perform Better Mini Band – Light (10 Pack) | 18.75 | 1 @ $18.75 | 18.75 |
| Perform Better Mini Band – Medium (10 Pack) | 20.50 | 1 @ $20.50 | 20.50 |
| Perform Better Mini Band – Heavy (10 Pack) | 22.50 | 1 @ $22.50 | 22.50 |
| York Rubber Hex Dumbbell 20 lbs (Pair) | 316.65 | 5 @ $63.33 | 316.65 |
| TRX Force Kit | 1,494.00 | 6 @ $249.00 | 1,494.00 |

| Debtor 1 | Full-Circle Athlete LLC | | Case number (if known)_____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| Large Strength Bands – Sorinex Strength Set | 636.00 | 4 @ $159.00 | 636.00 |
| Spring Collars (Olympic 2") | 156.00 | 12 @ $13.00 | 156.00 |
| Spud Inc Track Harness – Small | 138.00 | 2 @ $69.00 | 138.00 |
| Iron Bear Slide (5-tier height) | 938.00 | 2 @ $469.00 | 938.00 |
| Iron Bear Medicine Ball Piece | 129.99 | 1 @ $129.99 | 129.99 |
| Iron Bear Dumbbell Tray for Hex Dumbells | 837.00 | 3 @ $279.00 | 837.00 |
| Iron Bear Kettlebell Tier | 209.99 | 1 @ $209.99 | 209.99 |
| ProLoc 1 Standard Collars (Pair) | 258.00 | 6 @ $43.00 | 258.00 |
| York Rubber Hex Dumbbell Set 55-100lbs (Pair) | 2,454.16 | 1 @ $2454.16 | 2,454.16 |
| York Rubber Hex Dumbbell 5 lbs (Pair) | 47.49 | 3 @ $15.83 | 47.49 |
| York Rubber Hex Dumbbell 10 lbs (Pair) | 158.35 | 5 @ $31.67 | 158.35 |
| York Rubber Hex Dumbbell 15 lbs (Pair) | 237.50 | 5 @ $47.50 | 237.50 |
| York Rubber Hex Dumbbell 25 lbs (Pair) | 395.85 | 5 @ $79.17 | 395.85 |
| Led Wall Clock Timer | 149.99 | 1 @ $149.99 | 149.99 |
| Goalrilla 8" Step Over Dummy | 870.00 | 6 @ $145.00 | 870.00 |
| Bullet Belt (Pop/Rip Feature) | 480.00 | 6 @ $80.00 | 480.00 |
| Airex Elite Balance Pad – Charcoal | 437.70 | 6 @ $72.95 | 437.70 |

Debtor 1    Full-Circle Athlete LLC            Case number (if known)_____

First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| Sorinex Mass Bell 35 lbs | 280.00 | 4 @ $70.00 | 280.00 |
| Sorinex Mass Bell 40 lbs | 312.00 | 4 @ 78.00 | 312.00 |
| Sorinex Ductile KB – 40kg | 128.67 | 1 @ $128.67 | 128.67 |
| Sorinex Ductile KB – 44kg | 155.00 | 1 @ $155.00 | 155.00 |
| Spud Inc Upper Body Sled Strap | 119.97 | 3 @ $39.99 | 119.97 |
| Sorinex Custom Soft Plyo Boxes (6", 12", 18", 24") | 3,320.00 | 2 @ $1,660.00 | 3,320.00 |
| Spud Inc Track Harness – XLarge | 138.00 | 2 @ $69.00 | 138.00 |
| Perform Better Elite 36" Foam Roller | 150.00 | 6 @ $25.00 | 150.00 |
| Sorinex Slam Ball – 10 lbs | 60.00 | 4 @ $15.00 | 60.00 |
| Sorinex Mass Bell 15 lbs | 144.00 | 4 @ $36.00 | 144.00 |
| Versa Ball PRO Stability Ball – 55 cm | 238.38 | 6 @ $39.73 | 238.38 |
| 15' Pro Agility Ladder | 259.80 | 4 @ $64.95 | 259.80 |
| Sorinex Saucer Cones – Set of 50 | 57.00 | 2 @ $28.50 | 57.00 |
| Smart Hurdle I Set of 6 6" | 89.95 | 1 @ $89.95 | 89.95 |
| Smart Hurdle II (12" Set of 6) | 94.95 | 1 @ $94.95 | 94.95 |
| Smart Hurdle III (12-15-18") | 164.85 | 3 @ $54.95 | 164.85 |
| Concept II Rower (Model D) w/ PM5 | 2,697.00 | 3 @ $899.00 | 2,697.00 |
| Dynamax Elite Med Ball – 10lb | 330.00 | 3 @ $110.00 | 330.00 |
| Dynamax Elite Med Ball – 16lb | 375.00 | 3 @ $125.00 | 375.00 |

| Debtor 1 | Full-Circle Athlete LLC | | Case number (if known)_____ |
|---|---|---|---|
| | First Name     Middle Name          Last Name | | |

### Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| Sorinex Slam Ball – 30 lbs | 140.00 | 4 @ $35.00 | 140.00 |
| Sorinex Slam Ball – 20lbs | 100.00 | 4 @ $25.00 | 100.00 |
| Recon Bumper 45lbs | 2,760.00 | 24 @ $115.00 | 2,760.00 |
| Recon Lite Bumper – 25lbs | 456.00 | 12 @ $38.00 | 456.00 |
| Iron Bear Kettlebell Tier 6' | 1,400.00 | 8 @ $175.00 | 1,400.00 |
| Recon Lite Bumper – 10 lbs | 360.00 | 24 @ $15.00 | 360.00 |
| Vertec Vertical Jump Test | 799.00 | 1 @ $799.00 | 799.00 |
| Sorinex Performance Junior Bar Bright Zinc 10 kg | 1,494.00 | 6 @ $249.00 | 1,494.00 |
| XL Series Single Square Bar 35" | 660.00 | 6 @ 110.00 | 660.00 |
| XL Series Single Square Bar 72" | 1,800.00 | 15 @ 120.00 | 1,800.00 |
| XL Series Kettlebell Storage Tray w/ Rubber Inlay 41" | 1,494.00 | 6 @ 249.00 | 1,494.00 |
| Sorinex Mass Bell 50 lbs | 380.00 | 4 @ $95.00 | 380.00 |
| Base Camp Single Rack | 13,194.00 | 6 @ 2199.00 | 13,194.00 |
| Iron Bear Dumbbell Tray for Hex Dumbells 6' | 500.00 | 2 @ $250.00 | 500.00 |
| XL Series 8' Upright | 600.00 | 4 @ $150.00 | 600.00 |
| Rack Adapter Bracket for Iron Bear Shelves | 200.00 | 4 @ $50.00 | 200.00 |
| Base Camp High Bridge 6' | 995.00 | 5 @ 199.00 | 995.00 |
| Sorinex Mass Bell 20 lbs | 184.00 | 4 @ $46.00 | 184.00 |
| LandMine for Base | 810.00 | 6 @ $135.00 | 810.00 |

| Debtor 1 | Full-Circle Athlete LLC | | Case number (if known)_____ |
|----------|-----------|--|------------------------|
| | First Name    Middle Name    Last Name | | |

## Continuation Sheet for Official Form 206 A/B

**Camp & XL Series**

| | | | |
|---|---|---|---|
| High Bridge Chin Up Bar (Bolt-On) | 680.00 | 5 @ $136.00 | 680.00 |
| Sorinex Performance Bar Bright Zinc 20 kg | 1,974.00 | 6 @ $329.00 | 1,974.00 |
| Sorinex Double Handle Diamond Bar | 2,250.00 | 6 @ $375.00 | 2,250.00 |
| Sorinex Ductile KB – 28kg | 185.40 | 2 @ $ 92.70 | 185.40 |
| 6 Bar Storage (Inline) | 299.00 | 1 @ $299.00 | 299.00 |
| Urethane Utlity Pin – 12" Weight Pin for Base CAmp | 708.00 | 12 @ $59.00 | 708.00 |
| Urethane Utility Pin – 12" Fixed Weight Pin for Base Camp & XL | 1,711.00 | 29 @ 59.00 | 1,711.00 |
| Sorinex Mass Bell 5 lbs | 76.00 | 4 @ 19.00 | 76.00 |
| Sorinex Mass Bell 45 lbs | 348.00 | 4 @ $87.00 | 348.00 |
| Sorinex Mass Bell 30 lbs | 252.00 | 4 @ $63.00 | 252.00 |
| Sorinex Mass Bell 10 lbs | 100.00 | 4 @ $25.00 | 100.00 |
| Sorinex Mass Bell 25 lbs | 220.00 | 4 @ $55.00 | 220.00 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Full-Circle Athlete LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Northern District of Florida</td></tr>
<tr><td>Case number (If known):</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

<table>
<tr><td colspan="2"><strong>Part 1:</strong> List Creditors Who Have Secured Claims</td></tr>
</table>

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Creditor's name<br><br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>Last 4 digits of account number<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor, | Describe debtor's property that is subject to a lien<br><br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☐ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |
| **2.2** Creditor's name<br><br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>Last 4 digits of account number<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☐ Yes. Have you already specified the relative priority?<br>  ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>  ☐ Yes. The relative priority of creditors is specified on lines _____ | Describe debtor's property that is subject to a lien<br><br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>☐ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).<br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ | $ |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $_____

**Fill in this information to identify the case:**

Debtor     Full-Circle Athlete LLC

United States Bankruptcy Court for the:     Northern District of Florida

Case number
(If known)     _____

☐ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: $ 936.45 | $ _____ |
|---|---|---|

Florida Department of Revenue
2639 N. Monroe St
Suite 100B
Tallahassee, FL, 32303

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number**   5363

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8   )

**2.2**
Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

**2.3**
Priority creditor's name and mailing address

As of the petition filing date, the claim is: $ _____     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

| Debtor | Full-Circle Athlete LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Advance Service Group LLC
10 West 37th Street
Suite 6E
New York, NY, 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 58,000.00

Date or dates debt was incurred _____
Last 4 digits of account number   9310

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Celtic Bank
268 S. State St.
#300
Salt Lake City, UT, 84111

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 822,500.00

Date or dates debt was incurred   09/27/2021
Last 4 digits of account number   9108

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Cloudfund LLC
400 Rella Blvd.
Suite 165-101
Suffern, NY, 10901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 26,488.00

Date or dates debt was incurred   04/05/2023
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
John Louis Simmons
4559 Hegewood Dr
Miccosukee Cpo, FL, 32309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ Undetermined

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Kash Advance LLC
111 Great Neck Road
Suite 300
Great Neck, NY, 11021

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 22,500.00

Date or dates debt was incurred   _____
Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Kayzer Inc.
P.O. Box 843038
Kansas City, MO, 64184

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Former Landlord - Back Rent

$ 10,000.00

Date or dates debt was incurred   _____
Last 4 digits of account number   0955

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Full-Circle Athlete LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** | **Nonpriority creditor's name and mailing address**

Learfield Communications, LLC
P7051 Duck Cove Road
Tallahassee, FL, 32312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$ 9,665.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

MasterCard
P.O. Box 71205
Charlotte, NC, 28272

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**$ 8,000.00**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 3264

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

ODK Capital LLC
ATTNL Dir of Ops
4700 W. Daybreak Pkwy Ste 200
South Jordan, UT, 84009

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**$ 29,437.73**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 9001

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

Prime Meridian Bank
1471 Timberlane Road
Tallahassee, FL, 32312

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**$ 74,991.00**

**Date or dates debt was incurred** 06/28/2022

**Last 4 digits of account number** 6871

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

Quick Bridge Funding
c/o National Funding
9530 Towne Centre Dr Ste 120
San Diego, CA, 92121

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**$ 57,831.29**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 6653

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Full-Circle Athlete LLC _____    Case number (if known) _____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD, 20814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 32,000.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 6871

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

**Case 23-40240-KKS  Doc 1  Filed 07/05/23  Page 26 of 51**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | c/o Steven Zakharyayev<br>10 W. 37th Street, RM 602<br><br>New York, NY, 10018 | Line 3.1<br><br>☐ Not listed. Explain: | _____ |
| 4.2. | Card Inquiries<br>P.O. Box 3112<br>Tampa, FL, 33631 | Line 3.8<br><br>☐ Not listed. Explain | _____ |
| 4.3. | Christopher Carver<br>2221 Orange Ave E<br>Apt. 1226<br>Tallahassee, FL, 32311 | Line ____<br><br>☑ Not listed. Explain<br>No Amounts Believed Owed | _____ |
| 4.4. | Daniel Mosman<br>2156 Pink Flamingo Ln<br>Tallahassee, FL, 32308 | Line ____<br><br>☑ Not listed. Explain<br>No Amounts Believed Owed | _____ |
| 41. | Department of the Treasury / Internal Revenue Service<br>P.O. Box 7346<br>Centralized Insolvency Operations<br>Philadelphia, PA, 19101 | Line ____<br><br>☑ Not listed. Explain<br>No Amounts Believed Owed | _____ |
| 4.5. | Fernando Valdez<br>2196 Amelia Cir.<br>Tallahassee, FL, 32304 | Line ____<br><br>☑ Not listed. Explain<br>No Amounts Believed Owed | _____ |
| 4.6. | Fritznel Estimond<br>108 Ferndale Dr.<br>Tallahassee, FL, 32301 | Line ____<br><br>☑ Not listed. Explain<br>No Amounts Believed Owed | _____ |
| 4.7. | Isaac H. Greenfield PLLC<br>2 Executive Blvd.<br>Suite 305<br>Suffern, NY, 10901 | Line 3.5<br><br>☐ Not listed. Explain | _____ |
| 4.8. | Jensen Mosman<br>2048 Watson Way<br>Apt D<br>Tallahassee, FL, 32308 | Line ____<br><br>☑ Not listed. Explain<br>No Amounts Believed Owed | _____ |
| 4.9. | Josh Murry<br>401 W. Park Ave.<br>Apt 110<br>Tallahassee, FL, 32301 | Line ____<br><br>☑ Not listed. Explain<br>No Amounts Believed Owed | _____ |
| 4.10. | Karlos Williams<br>93 Ticki Ridge Cir.<br>Crawfordville, FL, 32327 | Line ____<br><br>☑ Not listed. Explain<br>No Amounts Believed Owed | _____ |
| 4.11. | Kimberly Pankey<br>9904 Waters Meet Dr<br>Tallahassee, FL, 32317 | Line ____<br><br>☑ Not listed. Explain<br>No Amounts Believed Owed | _____ |

| Debtor | Full-Circle Athlete LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.13 Mark Liles<br>8296 Chicksaw Trl<br>Tallahassee, FL, 32312 | Line ____<br>☑ Not listed. Explain<br>No Amounts Believed Owed | _____ |
| 4.14 Michael C. Fraser<br>3544 Oak Hill Trail<br>Tallahassee, FL, 32312 | Line ____<br>☑ Not listed. Explain<br>No Amounts Believed Owed | _____ |
| 4.15 Mind Body Processing<br>4051 Broad St<br>Suite 220<br>San Luis Obispo, CA, 93401 | Line ____<br>☑ Not listed. Explain<br>No Amounts Believed Owed | _____ |
| 4.16 North Florida Payroll Services, Inc.<br>1689 Mahan Center Blvd<br>Suite B<br>Tallahassee, FL, 32308 | Line ____<br>☑ Not listed. Explain<br>No Amounts Believed Owed | _____ |
| 4.17 Quick Bridge Funding<br>410 Exchange, Suite 150<br>Irvine, CA, 92602 | Line 3.11<br>☐ Not listed. Explain | 6653 |
| 4.18 Sorinex Exercise Equipment, Inc.<br>193 Litton Drive<br>Lexington, SC, 29073 | Line ____<br>☑ Not listed. Explain<br>No Amounts Believed Owed | _____ |
| 4.19 Stephanie Banegas<br>222 N. Ocala Rd<br>Apt 1203<br>Tallahassee, FL, 32304 | Line ____<br>☑ Not listed. Explain<br>No Amounts Believed Owed | _____ |
| 4.20 Tiffany Estimond<br>108 Ferndale Dr.<br>Tallahassee, FL, 32301 | Line ____<br>☑ Not listed. Explain<br>No Amounts Believed Owed | _____ |
| 4.21 U.S. Small Business Administration<br>Attn: District Counsel<br>7825 Baymeadows Way, Suite 100B<br>Jacksonville, FL, 32256 | Line 3.2<br>☐ Not listed. Explain | 9108 |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain | _____ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | _____ |

Debtor    Full-Circle Athlete LLC                                   Case number *(if known)*_____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 936.45 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,151,413.02 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,152,349.47 |

**Fill in this information to identify the case:**

Debtor name _Full-Circle Athlete LLC_

United States Bankruptcy Court for the: _Northern District of Florida_

Case number (If known): _____    Chapter _11_

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | 1706 Capital Circle NE, Suite # 8 Tallahassee, Florida 32308 Lessee | Atway Properties, LLC 97 74th Street Floor 2 Brooklyn, NY, 11209 |
| | State the term remaining | 6 years, 10 months (82 months) | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
|---|

Debtor name _Full-Circle Athlete LLC_

United States Bankruptcy Court for the: _Northern District of Florida_

Case number (If known): _____

❑ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ❑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.2 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 | | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case:**

Debtor name    Full-Circle Athlete LLC

United States Bankruptcy Court for the:    Northern District of Florida

Case number (If known):    _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 01/01/2023<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 69,662.00 |
| For prior year: | From<br>MM / DD / YYYY | to | MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 0.00 |
| For the year before that: | From<br>MM / DD / YYYY | to | MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $ 0.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| For prior year: | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $ _____ |
| For the year before that: | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $ _____ |

Debtor    Full-Circle Athlete LLC
_____    Case number *(if known)*_____
         Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br><br>**Relationship to debtor**<br>_____ | _____<br>_____<br>_____ | $_____ | |

Debtor    Full-Circle Athlete LLC
_____    Case number (if known)_____
         Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Kash Advance LLC | Breach of Contract | 05/2023 | $ 28,575.00 |
| | Creditor's name<br>111 Great Neck Road<br>Suite 300<br>Great Neck, NY 11021 | | | |
| 5.2. | Advance Service Group LLC | Breach of Contract | 05/2023 | $ 15,698.58 |
| | Creditor's name<br>10 West 37th Street<br>Suite 6E<br>New York, NY 10018 | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ _____ |
| | Last 4 digits of account number: XXXX– _____ | | |

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Kash Advance LLC v. Full0Circle Athlete LLC et al. | Breach of Contract | Supreme Court of the State of New York - Kings County | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>514514/2023 | | 360 Adams St #4<br>Brooklyn, NY 11201 | |
| 7.2. | **Case title**<br>Advance Service Group LLC v. Full-Circle Athlete LLC et al. | Breach of Contract | Court or agency's name and address<br>Supreme Court of the State of New York - Monroe County | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>202305180073 | | 99 Exchange Blvd #545<br>Rochester, NY 14614 | |

Debtor   Full-Circle Athlete LLC
_____          Case number *(if known)*_____
         Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | _____ |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

Debtor    Full-Circle Athlete LLC
_____    Case number *(if known)*_____
         Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

---

Debtor    Full-Circle Athlete LLC
_____    Case number (*if known*)_____
            Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. | From _____ To _____ |
| 14.2. | From _____ To _____ |

| Debtor | Full-Circle Athlete LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

| Debtor | Full-Circle Athlete LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____ Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name | | | ☐ No<br>☐ Yes |
| Address | | | |

| Debtor | Full-Circle Athlete LLC | Case number *(if known)* |
|--------|-------------------------|--------------------------|
| | Name | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|
| _____ Name | | | $_____ |

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|-----------------------------|----------------|
| _____ Name | _____ Name | | _____ |

Debtor    Full-Circle Athlete LLC
_____         Case number (*if known*)_____
          Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____
**Dates business existed**
From _____    To _____ |
| 25.2. | _____ Name | | EIN: _____
**Dates business existed**
From _____    To _____ |
| 25.3. | _____ Name | | EIN: _____
**Dates business existed**
From _____    To _____ |

---

| Debtor | Full-Circle Athlete LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

Debtor    Full-Circle Athlete LLC_____    Case number *(if known)*_____
_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor   Full-Circle Athlete LLC
_____
_Name_                                          Case number _(if known)_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| Name and address of the person who has possession of inventory records | | |

27.2.   _____
        _Name_

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ _Name_ | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | | |
| _____ | | _____ | |

Debtor    Full-Circle Athlete LLC
_____     Case number (if known)_____
         Name

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | _____ Name | _____ | _____ |
| | | | _____ |
| | | | _____ |
| | | | _____ |
| | Relationship to debtor | | _____ |
| | _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/05/2023
            MM / DD / YYYY

✘ /s/ John Simmons
_____     Printed name   John Simmons
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

**Fill in this information to identify the case and this filing:**

Debtor Name ___Full-Circle Athlete LLC_____

United States Bankruptcy Court for the: ___Northern District of Florida___

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule ____*

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___07/05/2023___          ✘ /s/ John Simmons
      MM / DD / YYYY          Signature of individual signing on behalf of debtor

                     John Simmons
                     Printed name

                     Manager
                     Position or relationship to debtor

United States Bankruptcy Court

Northern District of Florida

In re: Full-Circle Athlete LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    07/05/2023

/s/ John Simmons
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor

Advance Service Group LLC
10 West 37th Street
Suite 6E
New York, NY 10018


Atway Properties, LLC
97 74th Street
Floor 2
Brooklyn, NY 11209


c/o Steven Zakharyayev
10 W. 37th Street, RM 602
New York, NY 10018


Card Inquiries
P.O. Box 3112
Tampa, FL 33631


Celtic Bank
268 S. State St.
Salt Lake City, UT 84111


Christopher Carver
2221 Orange Ave E
Apt. 1226
Tallahassee, FL 32311


Cloudfund LLC
400 Rella Blvd.
Suite 165-101
Suffern, NY 10901


Daniel Mosman
2156 Pink Flamingo Ln
Tallahassee, FL 32308


Department of the Treasury / Internal Revenue
P.O. Box 7346
Centralized Insolvency Operations
Philadelphia, PA 19101


Fernando Valdez
2196 Amelia Cir.
Tallahassee, FL 32304


Florida Department of Revenue
2639 N. Monroe St
Suite 100B
Tallahassee, FL 32303

Fritznel Estimond
108 Ferndale Dr.
Tallahassee, FL 32301


Isaac H. Greenfield PLLC
2 Executive Blvd.
Suite 305
Suffern, NY 10901


Jensen Mosman
2048 Watson Way
Apt D
Tallahassee, FL 32308


John Louis Simmons
4559 Hegewood Dr
Miccosukee Cpo, FL 32309


Josh Murry
401 W. Park Ave.
Apt 110
Tallahassee, FL 32301


Karlos Williams
93 Ticki Ridge Cir.
Crawfordville, FL 32327


Kash Advance LLC
111 Great Neck Road
Suite 300
Great Neck, NY 11021


Kayzer Inc.
P.O. Box 843038
Kansas City, MO 64184


Kimberly Pankey
9904 Waters Meet Dr
Tallahassee, FL 32317


Learfield Communications, LLC
P7051 Duck Cove Road
Tallahassee, FL 32312


Mark Liles
8296 Chicksaw Trl
Tallahassee, FL 32312


MasterCard
P.O. Box 71205
Charlotte, NC 28272

Michael C. Fraser
3544 Oak Hill Trail
Tallahassee, FL 32312

Mind Body Processing
4051 Broad St
Suite 220
San Luis Obispo, CA 93401

North Florida Payroll Services, Inc.
1689 Mahan Center Blvd
Suite B
Tallahassee, FL 32308

ODK Capital LLC
ATTNL Dir of Ops
4700 W. Daybreak Pkwy Ste 200
South Jordan, UT 84009

Prime Meridian Bank
1471 Timberlane Road
Tallahassee, FL 32312

Quick Bridge Funding
c/o National Funding
9530 Towne Centre Dr Ste 120
San Diego, CA 92121

Quick Bridge Funding
410 Exchange, Suite 150
Irvine, CA 92602

Rapid Finance
4500 East West Highway
6th Floor
Bethesda, MD 20814

Sorinex Exercise Equipment, Inc.
193 Litton Drive
Lexington, SC 29073

Stephanie Banegas
222 N. Ocala Rd
Apt 1203
Tallahassee, FL 32304

Tiffany Estimond
108 Ferndale Dr.
Tallahassee, FL 32301

U.S. Small Business Administration
Attn: District Counsel
7825 Baymeadows Way, Suite 100B
Jacksonville, FL 32256

# United States Bankruptcy Court

Northern District of Florida

In re  Full-Circle Athlete LLC

Case No. _____

**Debtor**

Chapter _11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

   Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

   For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $_0.00_____

   The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_350.00_____

   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

   ☐ Debtor          ☑ Other (specify)   John Simmons, Owner of Debtor

3.  The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5.  In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Appearance or representation is any contested matter or adversary proceeding; appearance in any other litigation; the provision of tax advice; any other services not required above.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

07/05/2023

*Date*

/s/ Michael Moody, 66471

*Signature of Attorney*

Michael H. Moody Law, P.A.

*Name of law firm*
1350 Market Street, Suite 224
Tallahassee, FL 32312