UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:
FULL-CIRCLE ATHLETE, LLC

        Debtor.

Chapter 11 Proceeding
Case no. 23-40240-KKS

### NOTICE OF FILING EXHIBIT C TO SUBCHAPTER V PLAN (D.E. 58)

The Debtor, FULL-CIRCLE ATHLETE, LLC, by and through its undersigned counsel, gives notice of the filing of Exhibit C – Financial Projections - to the Subchapter V Plan (D.E. 58).

MICHAEL H. MOODY LAW, P.A.

*Counsel for Full-Circle Athlete, LLC*
1350 Market Street, Suite 224
Tallahassee, Florida 32312
*Mail*: P.O. Box 4363
Tallahassee, FL 32315
Tel/Fax: (850) 739-6970

By:   /s/ Michael H. Moody
     Michael H. Moody, Esq.
     Florida Bar No. 6471
     Michael.Moody@MichaelHMoodyLaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was also served via Notice of Electronic Filing CM/ECF to those parties registered to receive electronic notices of filing in this case on November 20, 2023 and on the following additional parties by U.S. First Class Mail (except as otherwise stated) as well as on the Master Service List attached hereto by U.S. First Class Mail:

Jodi D. Dubose
jdubose@srbp.com, jdubose.ecf@srbp.com

Conor McLaughlin on behalf of U.S. Trustee United States Trustee
conor.mclaughlin@usdoj.gov

Michael Howard Moody on behalf of Debtor Full-Circle Athlete LLC
Michael.Moody@MichaelHMoodyLaw.com, 8483@notices.nextchapterbk.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Celtic Bank Corporation
c/o Jeff Orgill
VP Special Assets
268 S. State St., Ste 300
Salt Lake City, UT 84111
**Service by Certified Mail in accordance with Rule 7004(h)
bankruptcy@celticbank.com


Kash Advance, LLC
111 Great Neck Road, Ste 300
New York, NY 11021

Advance Service Group, LLC
2-01 50th Ave
Long Island City, NY 11101

CloudFund, LLC
400 Rella Blvd, Ste 165-101
Suffern, NY 10901

United States Attorney
Jason R. Coody
111 N. Adams St #4
Tallahassee, FL  32301

U.S. Small Business Administration
7825 Baymeadows Way
Suite 100-B
Jacksonville, FL 32256

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW

2


Washington, DC 20503-0001

**Btzalel Hirschhorn, Esq.**
*Attorney*
**80-02 Kew Gardens Rd., Ste. 600,**
**Kew Gardens, NY 11415**
Tel:: (718) 263-6800  Fax: 718-520-9401
E-mail: Bhirschhorn@SBAGK.com
*Counsel to Kash Advance, LLC*

                            By:  /s/ Michael H. Moody
                                   Michael H. Moody, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1129-4<br>Case 23-40240-KKS<br>Northern District of Florida<br>Tallahassee<br>Mon Nov 20 13:02:31 EST 2023 | Atway Properties, LLC<br>97 74th Street<br>Floor 2<br>Brooklyn, NY 11209-1904 | Florida Dept. of Labor/Employment Security<br>c/o Florida Dept. of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Full-Circle Athlete LLC<br>1706 Capital Circle NE<br>Suite # 8<br>Tallahassee, FL 32308-5593 | (p)UNITED STATES ATTORNEY'S OFFICE<br>111 NORTH ADAMS STREET<br>4TH FLOOR<br>TALLAHASSEE FL 32301-7730 |
| U.S. Securities & Exchange Commission<br>Atlanta Reg Office and Reorg<br>950 E Paces Ferry Rd NE<br>Ste. 900<br>Atlanta, GA 30326-1382 | *Advance Service Group LLC<br>10 West 37th Street<br>Suite 6E<br>New York, NY 10018-7481 | *Celtic Bank<br>268 S. State St.<br>Salt Lake City, UT 84111-5314 |
| (p)CLOUDFUND LLC<br>400 RELLA BOULEVARD SUITE 165-101<br>SUFFERN NY 10901-4241 | *Conor McLaughlin<br>United States Trustee<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | *Florida Department of Revenue<br>2639 N. Monroe St<br>Suite 100B<br>Tallahassee, FL 32303-4045 |
| *John Louis Simmons<br>4559 Hegewood Dr<br>Miccosukee Cpo, FL 32309-8952 | *Kash Advance LLC<br>111 Great Neck Road<br>Suite 300<br>Great Neck, NY 11021-5403 | *Kayzer Inc.<br>P.O. Box 843038<br>Kansas City, MO 64184-3038 |
| *Learfield Communications, LLC<br>P7051 Duck Cove Road<br>Tallahassee, FL 32312 | *MasterCard<br>P.O. Box 71205<br>Charlotte, NC 28272-1205 | *ODK Capital LLC<br>ATTNL Dir of Ops<br>4700 W. Daybreak Pkwy Ste 200<br>South Jordan, UT 84009-5133 |
| *Prime Meridian Bank<br>1471 Timberlane Road<br>Tallahassee, FL 32312-1728 | *Quick Bridge Funding<br>c/o National Funding<br>9530 Towne Centre Dr Ste 120<br>San Diego, CA 92121-1981 | *Rapid Finance<br>4500 East West Highway<br>6th Floor<br>Bethesda, MD 20814-3327 |
| Card Inquiries<br>P.O. Box 3112<br>Tampa, FL 33601-3112 | Christopher Carver<br>2221 Orange Ave E<br>Apt. 1226<br>Tallahassee, FL 32311-6147 | Daniel Mosman<br>2156 Pink Flamingo Ln<br>Tallahassee, FL 32308-4882 |
| Department of the Treasury / Internal Revenu<br>P.O. Box 7346<br>Centralized Insolvency Operations<br>Philadelphia, PA 19101-7346 | Fernando Valdez<br>2196 Amelia Cir.<br>Tallahassee, FL 32304-2759 | Fritznel Estimond<br>108 Ferndale Dr.<br>Tallahassee, FL 32301-2812 |
| Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Isaac H. Greenfield PLLC<br>2 Executive Blvd.<br>Suite 305<br>Suffern, NY 10901-8219 | Jensen Mosman<br>2048 Watson Way<br>Apt D<br>Tallahassee, FL 32308-4865 |

| | | |
|---|---|---|
| Josh Murry<br>401 W. Park Ave.<br>Apt 110<br>Tallahassee, FL 32301-1459 | Karlos Williams<br>93 Ticki Ridge Cir.<br>Crawfordville, FL 32327-2579 | Kimberly Pankey<br>9904 Waters Meet Dr<br>Tallahassee, FL 32312-3736 |
| Mark Liles<br>8296 Chicksaw Trl<br>Tallahassee, FL 32312-5085 | Michael C. Fraser<br>3544 Oak Hill Trail<br>Tallahassee, FL 32312-3647 | Mind Body Processing<br>4051 Broad St<br>Suite 220<br>San Luis Obispo, CA 93401-8723 |
| North Florida Payroll Services, Inc.<br>1689 Mahan Center Blvd<br>Suite B<br>Tallahassee, FL 32308-5487 | ODK Capital, LLC<br>1400 Broadway<br>New York, NY 10018-5300 | Prime Meridian Bank<br>c/o Jimmy Dye, Esquire<br>Post Office Box 4148<br>Tallahassee, Florida 32315-4148 |
| Quick Bridge Funding<br>410 Exchange, Suite 150<br>Irvine, CA 92602-1332 | (p)NATIONAL FUNDING  INC<br>ATTN ATTN ROBERT ZAHRADKA<br>9530 TOWNE CENTRE DR SUITE 120<br>SAN DIEGO CA 92121-1981 | Sorinex Exercise Equipment, Inc.<br>193 Litton Drive<br>Lexington, SC 29073-8010 |
| State of Florida - Department of Revenue<br>Post Office Box 6668<br>Tallahassee, Florida 32314-6668 | Stephanie Banegas<br>222 N. Ocala Rd<br>Apt 1203<br>Tallahassee, FL 32304-5014 | Tiffany Estimond<br>108 Ferndale Dr.<br>Tallahassee, FL 32301-2812 |
| U.S. Small Business Administration<br>Attn: District Counsel<br>7825 Baymeadows Way, Suite 100B<br>Jacksonville, FL 32256-7543 | c/o Steven Zakharyayev<br>10 W. 37th Street, RM 602<br>New York, NY 10018-7473 | United States Trustee +<br>110 E. Park Avenue<br> Suite 128<br>Tallahassee, FL 32301-7728 |
| Merrick B. Garland +<br>Office of the Attorney General<br>Main Justice Bldg., Rm. 511<br>Tenth & Constitution<br>Washington, DC 20530-0001 | Secretary of the Treasury +<br>U.S. Treasury Department<br>15th & Pennsylvania Ave.<br>Washington, DC 20220-0001 | Michael Howard Moody +<br>P.O. Box 4363<br>Tallahassee, FL 32315-4363 |
| Jodi D. Dubose +<br>Stichter Riedel Blain & Postler, P.A.<br>41 N. Jefferson St., Ste. 111<br>Pensacola, FL 32502-5669 | Conor McLaughlin +<br>DOJ-Ust<br>110 E. Park Avenue<br>Suite 128<br>Tallahassee, FL 32301-7728 | Jimmy Dye +<br>The Dye Law Firm, P.A.<br>P.O. Box 4148<br>Tallahassee, FL 32315-4148 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| U.S. Attorney (Tallahassee Office)<br>111 N. Adams Street<br>Fourth Floor<br>Tallahassee, FL 32301 | *Cloudfund LLC<br>400 Rella Blvd.<br>Suite 165-101<br>Suffern, NY 10901 | Quick Bridge Funding, LLC<br>Robert Zahradka, Esq.<br>9530 Towne Centre Dr., Suite 120<br>San Diego, CA 92121 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)IRS                              (d)Atway Properties, LLC         (d)Internal Revenue Service +
P.O. Box 7346                       97 74th Street                   P.O. Box 7346
Philadelphia                        Floor 2                          Philadelphia, PA 19101-7346
                                    Brooklyn, NY 11209-1904


End of Label Matrix
Mailable recipients    53
Bypassed recipients     3
Total                  56
```

EXHIBIT C

# Full-Circle Athlete LLC dba D1 Tallahassee
# Financial Projections

Full-Circle Athlete LLC dba D1 Tallahassee

|  | Year 1 | Year 2 | Year 3 | Cumulative |
|---|---|---|---|---|
| **Cash receipts** | | | | |
| Cash sales | $ 424,787.26 | $ 456,051.60 | $ 487,645.13 | $ 1,368,483.98 |
| Returns and allowances | $ 600.00 | $ 630.00 | $ 661.50 | $ 1,891.50 |
| Total cash receipts | $ 425,387.26 | $ 456,681.60 | $ 488,306.63 | $ 1,370,375.48 |
| **Cash paid out** | | | | |
| Advertising/Marketing | $ 11,400.00 | $ 11,970.00 | $ 12,568.50 | $ 35,938.50 |
| Commissions and fees | $ 1,800.00 | $ 1,890.00 | $ 1,984.50 | $ 5,674.50 |
| Contract labor/Cleaning | $ 3,516.00 | $ 3,691.80 | $ 3,876.39 | $ 11,084.19 |
| Franchise fee and website fee | $ 26,173.24 | $ 28,050.90 | $ 29,948.40 | $ 84,172.53 |
| Insurance (other than health) | $ 5,928.00 | $ 5,928.00 | $ 5,928.00 | $ 17,784.00 |
| Merchant Fees | $ 10,200.00 | $ 10,200.00 | $ 10,200.00 | $ 30,600.00 |
| Materials and supplies (in COGS) | $ 1,800.00 | $ 1,890.00 | $ 1,984.50 | $ 5,674.50 |
| GA FL alarm service | $ 939.00 | $ 985.95 | $ 1,035.25 | $ 2,960.20 |
| North FL Payroll fees | $ 1,200.00 | $ 1,260.00 | $ 1,323.00 | $ 3,783.00 |
|  |  |  |  | $ - |
| Accountant Fees | $ 900.00 | $ 945.00 | $ 992.25 | $ 2,837.25 |
| Equipment asset/Monthly0%payment | $ 1,286.25 | $ - | $ - | $ 1,286.25 |
| Purchases for resale | $ 600.00 | $ 630.00 | $ 661.50 | $ 1,891.50 |
| Rent or lease | $ 90,000.00 | $ 94,500.00 | $ 99,225.00 | $ 283,725.00 |
| Rent or lease: vehicles, equipment | $ 5,160.00 | $ 5,418.00 | $ 5,688.90 | $ 16,266.90 |
| Repairs and maintenance |  |  |  | $ - |
| Supplies (not in COGS) | $ 900.00 | $ 945.00 | $ 992.25 | $ 2,837.25 |
| Taxes and licenses | $ 31,904.04 | $ 34,251.12 | $ 36,623.00 | $ 102,778.16 |
| Travel |  |  |  | $ - |
| Utilities | $ 9,000.00 | $ 9,450.00 | $ 9,922.50 | $ 28,372.50 |
| Wages (less emp. credits) | $ 168,000.00 | $ 171,360.00 | $ 176,500.80 | $ 515,860.80 |
| Subsc-Train Heroic,Fit Radio,Mindbody,Loyal snap | $ 11,148.00 | $ 11,705.40 | $ 12,290.67 | $ 35,144.07 |
| Comcast Cable and Wifi service | $ 3,360.00 | $ 3,460.80 | $ 3,564.62 | $ 10,385.42 |
| Miscellaneous | $ 1,200.00 | $ 1,236.00 | $ 1,273.08 | $ 3,709.08 |
| Subtotal | $ 386,414.53 | $ 399,767.97 | $ 416,583.11 | $ 1,202,765.60 |
| Net Income Before Plan Payments | $ 38,972.73 | $ 56,913.63 | $ 71,723.52 | $ 167,609.88 |
| Plan Payment Priority Tax Claims | $ 5,940.00 | $ 5,940.00 | $ 5,940.00 | $ 17,820.00 |
| Plan Payment to Celtic Bank | $ 27,160.44 | $ 27,160.44 | $ 27,160.44 | $ 81,481.32 |
| Plan Payment Unsecured Claims | $ 3,750.00 | $ 3,750.00 | $ 3,750.00 | $ 11,250.00 |
| To reserve and/or escrow |  |  |  | $ - |
| Total cash paid out | $ 36,850.44 | $ 36,850.44 | $ 36,850.44 | $ 110,551.32 |
| Projected Disposable Income | $ 2,122.29 | $ 20,063.19 | $ 34,873.08 | $ 57,058.56 |