**Fill in this information to identify the case:**

Debtor name ___Full-Circle Athlete LLC_____

United States Bankruptcy Court for the: ___Northern District of Florida___
                                                                       (State)

Case number (If known): ___23-40240_____

☑ Check if this is an amended filing

**\*\*Schedule A/B is being corrected to include Prime Acct info**

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals            12/15

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ............................................................................................................ $ _____0.00_____

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .......................................................................................................... $ ___101,285.89___

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ............................................................................................................. $ ___101,285.89___

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................................... $ _____0.00_____

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*......................................................... $ _____936.45_____

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*........................... +$ ___1,151,413.02___

4. **Total liabilities**................................................................................................................................................................ $ ___1,152,349.47___
   Lines 2 + 3a + 3b

Official Form 206Sum            Summary of Assets and Liabilities for Non-Individuals            page 1

| Fill in this information to identify the case: |
|---|
| Debtor name  Full-Circle Athlete LLC |
| United States Bankruptcy Court for the: Northern District of Florida |
| Case number (If known): 23-40240 |

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

2. **Cash on hand**  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Prime Meridian Bank | Checking | 9 6 1 7 | $ 544.00 |
   | 3.2. _____ | _____ | ____ ____ ____ ____ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**  $ 544.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____  $_____
   7.2. _____  $_____

Official Form 206A/B            Schedule A/B: Assets — Real and Personal Property            page 1

Debtor  Full-Circle Athlete LLC
_____
Name

Case number (*if known*) 23-40240_____

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____   $_____

   8.2. _____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.   $_____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

11. **Accounts receivable**

   11a. 90 days old or less:   _____ – _____ = ........➔   $_____
                               face amount              doubtful or uncollectible accounts

   11b. Over 90 days old:      _____ – _____ = ........➔   $_____
                               face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

   | | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____   _____   $_____

   14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                                    % of ownership:

   15.1. _____   _____ %   _____   $_____

   15.2. _____   _____ %   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1. _____   _____   $_____

   16.2. _____   _____   $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.   $_____

---

Official Form 206A/B           Schedule A/B: Assets — Real and Personal Property           page 2

Debtor  Full-Circle Athlete LLC
_____
Name

Case number (*if known*) 23-40240
_____

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

    | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|
    | 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
    | 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
    | 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
    | 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
    - ☐ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|
    | 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
    | 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
    | 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
    | 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
    | 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ |  | $_____ |

Debtor  Full-Circle Athlete LLC  
_____Name_____  Case number (*if known*) 23-40240_____

---

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Desks and Chairs | $ 500.00 | replacement value | $ 500.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.    $ 500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Official Form 206A/B      Schedule A/B: Assets — Real and Personal Property      page 4

Debtor  Full-Circle Athlete LLC
      Name

Case number (*if known*) 23-40240

# Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____  $_____  _____  $_____
47.2 _____  $_____  _____  $_____
47.3 _____  $_____  _____  $_____
47.4 _____  $_____  _____  $_____

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____  $_____  _____  $_____
48.2 _____  $_____  _____  $_____

**49. Aircraft and accessories**

49.1 _____  $_____  _____  $_____
49.2 _____  $_____  _____  $_____

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See continuation sheet

$ 100,241.89     _____     $ 100,241.89

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 100,241.89

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Debtor | Full-Circle Athlete LLC | Case number (*if known*) 23-40240 |
|---|---|---|
| | Name | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
   ❏ No. Go to Part 10.
   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1 | 1706 Capital Circle N.E., Ste. # 8<br>Tallahassee, Florida 32308 | Leasee | $_____ | _____ | Unknown<br>$_____ |
| 55.2 | | | $_____ | _____ | $_____ |
| 55.3 | | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.   $ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ❏ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ❏ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☑ No. Go to Part 11.
   ❏ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.   $_____

| Debtor | Full-Circle Athlete LLC | Case number (if known) | 23-40240 |
|---|---|---|---|
| | Name | | |

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☐ No
    - ☐ Yes    ✓

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☐ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☑ No. Go to Part 12.
    - ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)
    _____    _____ − _____ = →   $_____
    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)
    _____    Tax year _____    $_____
    _____    Tax year _____    $_____
    _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**
    _____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    _____    $_____
    Nature of claim    _____
    Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    _____    $_____
    Nature of claim    _____
    Amount requested    $_____

76. **Trusts, equitable or future interests in property**
    _____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership
    _____    $_____
    _____    $_____

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

Debtor  Full-Circle Athlete LLC  
_____  
Name

Case number (*if known*) 23-40240  
_____

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 544.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 100,241.89 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................91a. | $ 101,285.89 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................... 101,285.89    $ 101,285.89

Official Form 206A/B        Schedule A/B: Assets — Real and Personal Property        page **8**

| Debtor 1 | Full-Circle Athlete LLC | | | Case number (if known) | 23-40240 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Continuation Sheet for Official Form 206 A/B

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Sorinex Ductile KB – 32kg | 207.50 | 2 @ $103.75 | 207.50 |
| Sorinex Urethane Change Plate 5 lbs | 336.00 | 12 @ $28.00 | 336.00 |
| Sorinex Urethane Change Plate 2.5 lbs | 168.00 | 12 @ $14.00 | 168.00 |
| Sorinex Recon Adjustable Bench | 3,594.00 | 6 @ $599.00 | 3,594.00 |
| Sorinex Delta Sled | 1,500.00 | 6 @ $250.00 | 1,500.00 |
| Black Dacron Rope – 1.5" x 50' | 774.00 | 6 @ $129.00 | 774.00 |
| 24" Spotter Bars | 1,710.00 | 6 Pairs @ 285.00 | 1,710.00 |
| J Cups for Base Camp Series Racks | 1,182.00 | 6 @ 197.00 | 1,182.00 |
| Assault AirRunner Treadmills | 18,594.00 | 6 @ 3,099.00 | 18,594.00 |
| Floating Uprights | 1,500.00 | 6 Pairs @ 250.00 | 1,500.00 |
| Assault AirBike Elite | 5,994.00 | 6 @ 999.00 | 5,994.00 |
| Assault AirRower Elite | 7,194.00 | 6 @ 1199.00 | 7,194.00 |
| Iron Bear Kettlebell Tier 35" | 700.00 | 4 @ 175.00 | 700.00 |
| Spud Inc Track Harness – Large | 138.00 | 2 @ $69.00 | 138.00 |
| Perform Better Mini Band – Light (10 Pack) | 18.75 | 1 @ $18.75 | 18.75 |
| Perform Better Mini Band – Medium (10 Pack) | 20.50 | 1 @ $20.50 | 20.50 |
| Perform Better Mini Band – Heavy (10 Pack) | 22.50 | 1 @ $22.50 | 22.50 |
| York Rubber Hex Dumbbell 20 lbs (Pair) | 316.65 | 5 @ $63.33 | 316.65 |

| Debtor 1 | Full-Circle Athlete LLC | | | Case number *(if known)* | 23-40240 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| TRX Force Kit | 1,494.00 | 6 @ $249.00 | 1,494.00 |
| Large Strength Bands – Sorinex Strength Set | 636.00 | 4 @ $159.00 | 636.00 |
| Spring Collars (Olympic 2") | 156.00 | 12 @ $13.00 | 156.00 |
| Spud Inc Track Harness – Small | 138.00 | 2 @ $69.00 | 138.00 |
| Iron Bear Slide (5-tier height) | 938.00 | 2 @ $469.00 | 938.00 |
| Iron Bear Medicine Ball Piece | 129.99 | 1 @ $129.99 | 129.99 |
| Iron Bear Dumbbell Tray for Hex Dumbells | 837.00 | 3 @ $279.00 | 837.00 |
| Iron Bear Kettlebell Tier | 209.99 | 1 @ $209.99 | 209.99 |
| ProLoc 1 Standard Collars (Pair) | 258.00 | 6 @ $43.00 | 258.00 |
| York Rubber Hex Dumbbell Set 55-100lbs (Pair) | 2,454.16 | 1 @ $2454.16 | 2,454.16 |
| York Rubber Hex Dumbbell 5 lbs (Pair) | 47.49 | 3 @ $15.83 | 47.49 |
| York Rubber Hex Dumbbell 10 lbs (Pair) | 158.35 | 5 @ $31.67 | 158.35 |
| York Rubber Hex Dumbbell 15 lbs (Pair) | 237.50 | 5 @ $47.50 | 237.50 |
| York Rubber Hex Dumbbell 25 lbs (Pair) | 395.85 | 5 @ $79.17 | 395.85 |
| Led Wall Clock Timer | 149.99 | 1 @ $149.99 | 149.99 |
| Goalrilla 8" Step Over Dummy | 870.00 | 6 @ $145.00 | 870.00 |
| Bullet Belt (Pop/Rip Feature) | 480.00 | 6 @ $80.00 | 480.00 |
| Airex Elite Balance Pad – | 437.70 | 6 @ $72.95 | 437.70 |

Debtor 1  Full-Circle Athlete LLC                                    23-40240
_____ _____   Case number (*if known*)_____
         First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 206 A/B

**Charcoal**

| | | | |
|---|---|---|---|
| **Sorinex Mass Bell 35 lbs** | 280.00 | 4 @ $70.00 | 280.00 |
| **Sorinex Mass Bell 40 lbs** | 312.00 | 4 @ 78.00 | 312.00 |
| **Sorinex Ductile KB – 40kg** | 128.67 | 1 @ $128.67 | 128.67 |
| **Sorinex Ductile KB – 44kg** | 155.00 | 1 @ $155.00 | 155.00 |
| **Spud Inc Upper Body Sled Strap** | 119.97 | 3 @ $39.99 | 119.97 |
| **Sorinex Custom Soft Plyo Boxes (6", 12", 18", 24")** | 3,320.00 | 2 @ $1,660.00 | 3,320.00 |
| **Spud Inc Track Harness – XLarge** | 138.00 | 2 @ $69.00 | 138.00 |
| **Perform Better Elite 36" Foam Roller** | 150.00 | 6 @ $25.00 | 150.00 |
| **Sorinex Slam Ball – 10 lbs** | 60.00 | 4 @ $15.00 | 60.00 |
| **Sorinex Mass Bell 15 lbs** | 144.00 | 4 @ $36.00 | 144.00 |
| **Versa Ball PRO Stability Ball – 55 cm** | 238.38 | 6 @ $39.73 | 238.38 |
| **15' Pro Agility Ladder** | 259.80 | 4 @ $64.95 | 259.80 |
| **Sorinex Saucer Cones – Set of 50** | 57.00 | 2 @ $28.50 | 57.00 |
| **Smart Hurdle I Set of 6 6"** | 89.95 | 1 @ $89.95 | 89.95 |
| **Smart Hurdle II (12" Set of 6)** | 94.95 | 1 @ $94.95 | 94.95 |
| **Smart Hurdle III (12-15-18")** | 164.85 | 3 @ $54.95 | 164.85 |
| **Concept II Rower (Model D) w/ PM5** | 2,697.00 | 3 @ $899.00 | 2,697.00 |
| **Dynamax Elite Med Ball – 10lb** | 330.00 | 3 @ $110.00 | 330.00 |
| **Dynamax Elite Med** | 375.00 | 3 @ $125.00 | 375.00 |

Official Form 206 A/B                               Schedule A/B: Property

| Debtor 1 | Full-Circle Athlete LLC | | Case number (if known) 23-40240 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Continuation Sheet for Official Form 206 A/B

Ball – 16lb

| | | | |
|---|---|---|---|
| Sorinex Slam Ball – 30 lbs | 140.00 | 4 @ $35.00 | 140.00 |
| Sorinex Slam Ball – 20lbs | 100.00 | 4 @ $25.00 | 100.00 |
| Recon Bumper 45lbs | 2,760.00 | 24 @ $115.00 | 2,760.00 |
| Recon Lite Bumper – 25lbs | 456.00 | 12 @ $38.00 | 456.00 |
| Iron Bear Kettlebell Tier 6' | 1,400.00 | 8 @ $175.00 | 1,400.00 |
| Recon Lite Bumper – 10 lbs | 360.00 | 24 @ $15.00 | 360.00 |
| Vertec Vertical Jump Test | 799.00 | 1 @ $799.00 | 799.00 |
| Sorinex Performance Junior Bar Bright Zinc 10 kg | 1,494.00 | 6 @ $249.00 | 1,494.00 |
| XL Series Single Square Bar 35" | 660.00 | 6 @ 110.00 | 660.00 |
| XL Series Single Square Bar 72" | 1,800.00 | 15 @ 120.00 | 1,800.00 |
| XL Series Kettlebell Storage Tray w/ Rubber Inlay 41" | 1,494.00 | 6 @ 249.00 | 1,494.00 |
| Sorinex Mass Bell 50 lbs | 380.00 | 4 @ $95.00 | 380.00 |
| Base Camp Single Rack | 13,194.00 | 6 @ 2199.00 | 13,194.00 |
| Iron Bear Dumbbell Tray for Hex Dumbells 6' | 500.00 | 2 @ $250.00 | 500.00 |
| XL Series 8' Upright | 600.00 | 4 @ $150.00 | 600.00 |
| Rack Adapter Bracket for Iron Bear Shelves | 200.00 | 4 @ $50.00 | 200.00 |
| Base Camp High Bridge 6' | 995.00 | 5 @ 199.00 | 995.00 |
| Sorinex Mass Bell 20 lbs | 184.00 | 4 @ $46.00 | 184.00 |

| Debtor 1 | Full-Circle Athlete LLC | | | Case number *(if known)* 23-40240 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| LandMine for Base Camp & XL Series | 810.00 | 6 @ $135.00 | 810.00 |
| High Bridge Chin Up Bar (Bolt-On) | 680.00 | 5 @ $136.00 | 680.00 |
| Sorinex Performance Bar Bright Zinc 20 kg | 1,974.00 | 6 @ $329.00 | 1,974.00 |
| Sorinex Double Handle Diamond Bar | 2,250.00 | 6 @ $375.00 | 2,250.00 |
| Sorinex Ductile KB - 28kg | 185.40 | 2 @ $ 92.70 | 185.40 |
| 6 Bar Storage (Inline) | 299.00 | 1 @ $299.00 | 299.00 |
| Urethane Utlity Pin - 12" Weight Pin for Base CAmp | 708.00 | 12 @ $59.00 | 708.00 |
| Urethane Utility Pin - 12" Fixed Weight Pin for Base Camp & XL | 1,711.00 | 29 @ 59.00 | 1,711.00 |
| Sorinex Mass Bell 5 lbs | 76.00 | 4 @ 19.00 | 76.00 |
| Sorinex Mass Bell 45 lbs | 348.00 | 4 @ $87.00 | 348.00 |
| Sorinex Mass Bell 30 lbs | 252.00 | 4 @ $63.00 | 252.00 |
| Sorinex Mass Bell 10 lbs | 100.00 | 4 @ $25.00 | 100.00 |
| Sorinex Mass Bell 25 lbs | 220.00 | 4 @ $55.00 | 220.00 |

Official Form 206 A/B                                    Schedule A/B: Property

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name ___Full-Circle Athlete LLC_____

United States Bankruptcy Court for the: __Northern District of Florida_____

Case number (*If known*): ___23-40240_____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __11/26/2023__          ✗ __/s/ John Simmons_____
              MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                      __John Simmons_____
                                      Printed name

                                      __Manager_____
                                      Position or relationship to debtor

Official Form 202              Declaration Under Penalty of Perjury for Non-Individual Debtors